**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LOIS YANCY,

      Plaintiff,

v.                                         Case No. 08-CV-13439-DT

MERCY MEMORIAL HOSPITAL,

      Defendant.
_____/

## NOTICE OF SETTLEMENT CONFERENCE

      On December 16, 2009, the court conducted a status conference in the above-captioned matter.  Plaintiff Lois Yancy appeared at the conference as ordered, but defense counsel was unable to secure the attendance of a party representative.  During the conference, counsel informed the court that they were engaged in negotiations to amicably resolve this case.  Having heard the positions of the parties, the court is inclined to believe that further settlement discussions, if entered into in good faith, will likely resolve this matter.  Accordingly,

      IT IS ORDERED that counsel shall appear for a settlement conference on **December 23, 2009 at 11:00 a.m.**  Plaintiff shall personally appear at the conference and a party representative with full settlement authority for Defendant shall also appear.

      In the event the parties reach a settlement prior to the conference, they are DIRECTED to notify the court via a joint telephone call.  The court will then place the outline of the settlement on the record.  Finally, if counsel concludes that the parties have reached an impasse and further discussions are unnecessary or unwanted,

counsel shall notify the court on or before December 22, 2009.  The court will then cancel the settlement conference and reset the hearing on Plaintiff's counsel's motion to withdraw.

                                                S/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated:  December 17, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 17, 2009, by electronic and/or ordinary mail.

                                                S/Lisa G. Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522